

**The following constitutes the order of the court.
Signed March 15, 2017**

*[signature]*
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | No. 16-43182 |
|---|---|
| In re | Chapter 11 |
| Maureen Lee, | **Hearing** |
| | Date and Time: March 22, 2017, 10:30 a.m. |
| Debtors. | Location: 1300 Clay St., Oakland, CA 94612 |

## MEMORANDUM

On March 13, 2017, Debtor filed the *Application to Employ Law Offices of Rouse & Blahert as Special Litigation Counsel* (doc. 63) (the "Application) along with the *Motion to Shorten Time* (doc. 63) (the "Motion"). The Court is concurrently granting the Motion, thereby setting a hearing on the Application on March 22, 2017 at 10:30 a.m. Having reviewed the Application, the Court hereby orders Debtor to file a supplemental brief regarding the source of the funds that will be used to make the retainer payment to special counsel. The brief shall be filed no later than noon on Thursday, March 16, 2017.

*\*END OF MEMORANDUM\**

**COURT SERVICE LIST**